UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD WINDORF,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:14-cv-01821-APG-PAL<br><br>**ORDER ON MOTION FOR SUMMARY JUDGMENT**<br><br>(ECF No. 27) |

　　　　In a prior order (ECF No. 29), I stated I would grant summary judgment in defendant Derek Lowery's favor except that he did not sign the affidavit attached to his motion. *See* ECF Nos. 29, 27 at 16.  I therefore allowed Lowery a brief opportunity to submit a signed copy of his affidavit and, if he did so, I would grant summary judgment. ECF No. 29.  Lowery filed a signed copy of his affidavit on December 20, 2016. ECF No. 31.

　　　　IT IS THEREFORE ordered that defendant Derek Lowery's motion for summary judgment (ECF No. 27) is GRANTED.  The clerk of court is directed to enter judgment in favor of defendant Derek Lowery and against plaintiff Ronald Windorf.

　　　　DATED this 21st day of December, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE