UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD WINDORF,<br><br>    Plaintiff,<br><br>    v.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>    Defendants. | Case No. 2:14-cv-01821-APG-PAL<br><br>**ORDER DISMISSING DEFENDANT ARAMARK** |

Pursuant to the screening order in this case, plaintiff Ronald Windorf has two claims against defendant Aramark: (1) Eighth Amendment deliberate indifference to unsafe conditions in count two of the amended complaint and (2) negligence in count three. ECF No. 11 at 6. Windorf served Aramark's agent for receipt of service of process: The Corporation Trust Company of Nevada. ECF No. 14. On December 11, 2015, The Corporation Trust Company filed a letter stating that it represents more than one entity beginning with the name Aramark and that it needed the full name of the entity that Windorf was attempting to serve. ECF No. 18. There is no record evidence of any further efforts at serving Aramark. I therefore directed Windorf to show cause why his claims against defendant Aramark should not be dismissed for lack of prosecution. ECF No. 30. Windorf did not respond.

IT IS THEREFORE ordered that plaintiff Robert Windorf's claims against defendant Aramark are dismissed without prejudice. The clerk of court is directed to close this case.

DATED this 23rd day of February, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE